An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES MANLEY,
Petitioner,
vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING,
Respondent.

No. 66447

**FILED**

DEC 0 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus seeks to compel the district court to rule on pending motions.

Petitioner argues in his petition that this court should compel respondent to rule on pending motions for default and to dismiss in the underlying district court proceedings. Petitioner has filed a notice of appeal in Docket No. 66709, however, challenging the district court's order denying his motion for default and granting defendants' motion to dismiss. As petitioner has already received the relief he requests in his petition, the writ petition is now moot. *See Personhood Nev. v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) (providing that a case is moot when a live controversy no longer exists). Accordingly, we dismiss the petition for a writ of mandamus.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-39105

cc: Charles Manley
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A